[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 2, 2008
THOMAS K. KAHN
CLERK

No. 07-10641 & 07-11501
_____

D. C. Docket No. 05-60672 CV-WPD

TIG INSURANCE COMPANY,

Plaintiff-Appellee,

versus

UNITED NATIONAL INSURANCE COMPANY,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

**(June 2, 2008)**

Before ANDERSON, HULL and SILER,* Circuit Judges.

PER CURIAM:

_____
*Honorable Eugene Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.

After oral argument, and careful consideration, we conclude that the judgment of the district court is due to be affirmed. We conclude that the district court committed no reversible error.

**AFFIRMED**